UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___6/1/2021___

------------------------------------------------------- X
                               :

BETTY DUPERE,                                          :
                               :

                    Plaintiff,      :

                               :                    21-CV-2605 (VSB)

            -against-                      :                         **ORDER**

ETHICON, INC. et al,                                   :
                               :

                   Defendants.  :
                               :
------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On May 28, 2021, Defendants filed a motion to dismiss the complaint pursuant to Federal

Rule of Civil Procedure 12(b)(6). (Doc. 11.) Under Federal Rule of Civil Procedure

15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the

complaint once as a matter of course. Accordingly, it is hereby:

ORDERED that Plaintiff shall file any amended complaint by June 18, 2021. It is

unlikely that Plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiff shall serve

any opposition to the motion to dismiss by June 28, 2021. Defendants' reply, if any, shall be

served by July 12, 2021.

SO ORDERED.

Dated: June 1, 2021
       New York, New York

                               Vernon S. Broderick
                               United States District Judge