```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

BETTY DUPERE,

                              Plaintiff,

        -against-

ETHICON, INC., JOHNSON & JOHNSON, and
JOHN DOES 1-20,

                              Defendants.
-------------------------------------------------------------------X

**ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

**21-CV-2605 (DLC)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 32). A telephone conference will be held on **Wednesday, December 1, 2021 at 11:30 a.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: November 16, 2021
       New York, New York

_Katharine H. Parker_
_____
KATHARINE H. PARKER
United States Magistrate Judge