```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/01/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BETTY DUPERE,

                                    Plaintiff,
     -against-

ETHICON, INC., JOHNSON & JOHNSON, and
JOHN DOES 1-20,

                                 Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

21-CV-2605 (DLC)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       A settlement conference in this matter is scheduled for **Monday, March 14, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **March 7, 2022 by 5:00 p.m.**

      SO ORDERED.

Dated: December 1, 2021
       New York, New York

                                                            _____
                                                            KATHARINE H. PARKER
                                                            United States Magistrate Judge