| | |
|---|---|
| BETTY DUPERE,<br><br>                              Plaintiff,<br><br>v.<br><br>ETHICON INC. and JOHNSON & JOHNSON,<br><br>                              Defendants. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>CIV. ACTION NO. 1:21-cv-02605-DC<br><br>HON. DENISE L. COTE, U.S.D.J.<br>HON. KATHERINE H. PARKER, U.S.M.J. |

## NOTICE OF SETTLEMENT AND REQUEST TO STAY

Pursuant to Local Civil Rule 41(a), the parties would like to advise the Court that a settlement in principle has been reached in this matter.

It may take several months before the settlement of this case will be finalized. As a result, the parties jointly request the matter be moved to inactive status and/or that all deadlines and other requirements be stayed until such time as the settlement can be concluded and the case can be dismissed with prejudice.

In the event the settlement is not finalized, the parties will promptly inform Your Honor so that it can be restored to the active docket of this Court.

Dated: March 7, 2022                                               Respectfully submitted,

*/s / Laura J. Baughman*                                          */s/ Kelly S. Crawford*
Martin Baughman, PLLC                                      Riker, Danzig, Scherer, Hyland
3141 Hood St, Suite 600                                         & Perretti, LLP
Dallas, TX 75219                                                      Headquarters Plaza
Phone: (214) 761-6614                                            One Speedwell Avenue

1

Fax: (214) 744-7590
lbaughman@martinbaughman.com
*Counsel for Plaintiff*

*/s/ Sheila M Bossier*
Bossier & Associates, PLLC
1520 N. State Street
Jackson, MS 39202
601-352-5450
Fax: 601-352-5452
Email: sbossier@bossier-law.com
*Counsel for Plaintiff*

Morristown, NJ 07962-1981
Phone: (973) 451-8417
Fax: (973) 451-8635
kcrawford@riker.com
*Counsel for Defendants*

**IT IS** on this ____ day of March, 2022, **ORDERED** as follows:

All deadlines and proceedings in this case are stayed pending further order of the Court.

                                          _____
                                          HON. KATHERINE H. PARKER, U.S.M.J.