```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/08/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BETTY DUPERE,

                                      Plaintiff,
-against-

ETHICON, INC., JOHNSON & JOHNSON, and
JOHN DOES 1-20,

                                   Defendants.
-----------------------------------------------------------------X

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

21-CV-2605 (DLC)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        In light of the parties' representation that they have settled this matter, the settlement conference previously scheduled for **March 14, 2022** is hereby adjourned *sine die*.

        **SO ORDERED**.

Dated: March 8, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge